This document contains some
pages that are of poor quality
at the time of imaging.

56,048-08

DATED 8-16-2015
CLERK OF THE COURTS : 195th Judicial District Court
DISTRICT COURT CLERK : GARY Fitzsimmons
DALLAS COUNTY : TEXAS : COURTHOUSE
ADDRES OF : 133 N. RIVERFRONT Blvd.
DALLAS, TEXAS :
ZIP CODE : 75207

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

REGARDING AND CONCERNING THE FILLING OF THE
ENCLOSED : PRO SE : HABEAS CORPUS - MANDAMUS :
CASE AND CAUSE : NUMBER : F-98-32221-N-H
DALLAS COUNTY : TEXAS :
OFFENSE OF : AGGRAVATED SEXUAL ASSAULT OF A CHILD
SENTENCE OF : 30 YEARS TERM IN AND TO THE T.D.C.J.-ID:
THE HONORABLE : DON METCALF , TRIAL COURT JUDGE :

DEAR CLERK OF THE COURT : DISTRICT COURT CLERK :
    PLEASE FILE THE ENCLOSED HABEAS CORPUS MANDAMUS
TO THE APPELLATE DIVISION OF THE DISTRICT ATTORNEY'S OFFICE,
STATING, IN AND AT DALLAS : COUNTY : TEXAS : COURTHOUSE ;
PLEASE SEND ME A LETTER FROM YOUR OFFICES STATING YOUR DATE
OF RECEIPT AND DATE OF FILING. THANK YOU IN ADVANCE, I LOOK
FORWARD to YOUR PROMPT, KIND COURTEOUS REPLY AND RESPONSE :
John Damon Krupa          #1082952
John DAMON KRUPA          John Damon Krupa 8-15-15
William R. Boyd Unit
200 Spur 113
TEAGUE, TEXAS
        75860.

**\* NOTICE TO THE COURT AS STATED AS FOLLOWS.**

THERE IS NO COST, AND OR FEE, AND OR CHARGE, TO FILE THIS ENCLOSED AND STATED HABEAS CORPUS, MANDAMUS APPLICATION PURSUANT TO ARTICLE 11.07 (b), (c); V.A.C.C.P. STATE OF TEXAS:

THERE IS ENCLOSED BOTH A CERTIFICATE OF the DECLARATION, AND AN AFFIRMATION COMPLETED AND ENCLOSED AS FULLY COMPLY WITH THE VERIFICATION REQUIREMENTS PER T.R.A.P. TEXAS RULES OF APPELLATE PROCEDURE: PER RULES: 72.1, AND 72.2, AND 72.3, AND 72.A:

WITH ALL OF YOUR RESPECT, ALL has been Filled out AND PROPERLLY USED AS RULE REQUIRE:

RESPECTFULLY SUBMITTED:
John Damon Krupa          #1082952
John DAMON KRUPA          John Damon Krupa 8-15-15
William R. Boyd Unit
200 Spur 113
Teague, Texas
ZIP CODE, 75860

# WRIT OF MANDAMUS

## CAUSE NO: _____

| | | |
|---|---|---|
| JOHN DAMON KRUPA | S | IN THE 195th Judicial |
| T.D.C.J.-ID RELATOR #1082952 | S | |
| | S | District Court of |
| VS. | S | |
| | S | |
| GARY FitzSimmons | S | DALLAS COUNTY TEXAS |
| DISTRICT CLERK | S | |

## WRIT OF MANDAMUS

(A.) TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, John Damon Krupa RELATOR, PRO SE IN THE STYLED AND CAUSE NUMBERED F-98-32221-N-H, OF ACTION AND FILES HIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, PURSUANT TO ARTICLE 11.07 Section 3(c) OF the TEXAS CODE OF CRIMINAL PROCEDURE AND would show the court the Following:

(B.) RELATOR

1.101. John Damon Krupa, T.D.C.J-ID, #1082952, IS AN OFFENDER INCARCERATED IN the T.D.C.J.-ID. AND IS APPEARING PRO SE, WHO CAN BE LOCATED, WILLIAM R. Boyd, 200 SPUR 113, TEAGUE TEXAS 75860:

1.02. RELATOR has EXHAUSTED his REMEDIES AND HAS NO OTHER Adequate Remedy At LAW:

1.03. THE ACT SOUGHT TO BE COMPELLED is ministerial, not discretionary IN NATURE. T.C.C.P. ART. 11.07 SECTION (3). REQUIRES RESPONDENT to immediately transmit to the Court oF CRIMINAL APPEALS A A COPY OF THE APPLICATION, FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILLED, AND A CERTIFICATE RECITING the date upon which which that Finding WAS MADE, IF the conviction court decided that there ARE no ISSUES to be RESOLVED. NO COPY OF the APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FiLed, AND A CERTIFICATE RECITING the date upon which that Finding WAS MADE HAVE been transmitted to the Court oF CRIMINAL OF APPEALS, HAD SUCH documents BEEN transmit to the Court oF CRIMINAL APPEALS BY RESPONDEND AS REQUIRED BY STATUE, RELATOR WOULD HAVE RECEIVED NOTICE FROM the Court CRIMINAL APPEALS...

(1.)

## II

C. RESPONDENT

2.01    RESPONDENT Gary Fitzsimmons, his capacity as District Clerk of DALLAS COUNTY TEXAS, has a ministerial duty to RECEIVE And ALL FILE ALL PAPERS IN A CRIMINAL PROCEEDING, And Perform ALL other duties imposed on the CLERK BY LAW Pursuant to T.C.C.P. ART. 221 AND is RESPONSIBLE UNDER T.C.C.C.P. 11.07 Sect. 3(e); to immediately transmit to the COURT OF CRIMINAL APPEALS A COPY OF the APPLICANTION FOR WRIT OF HABEAS CORPUS ANY ANSWERS FILED, And A CERTIFICATE RECITING the date upon which STATE Finding WAS made, if the convicting court decided that there ARE No issues to be RESOLVED Gary Fitzsimmons, District CLERK, DALLAS COUNTY, MAY BE SERVED At HER IS PLACE OF BUSINESS AT, 133 N. RIVER FRONT BLVD., DALLAS TEXAS, 75207.

## III

D.    Violation OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

3.01    THE RESPONDENT Violated ARTICLE 11.07, SECTION 3(e) OF the TEXAS CODE OF CRIMINAL PROCEDURE BY FAILING to PROVIDE A COPY OF THE APPLICANTION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING the date upon which that Finding WAS made to the Court of CRIMINAL APPEALS within the TRANS PRESCRIBED BY LAW AND within A REASONABLE time FROM the date ON which the documents WERE REQUESTED TO BE TRANSMITTED..

3.02    REQUEST FOR the TRANSMITTAL OF the APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING the date UPON which that Finding WAS MADE BY RELATOR to GARY FITZSIMMONS DISTRICT CLERK, DALLAS COUNTY, BY CERTIFIED MAILED LETTERS DATED A YEAR AGO.; Pursuant to ARTICLE 11.07 Section 3(e), OF The Code OF CRIMINAL PROCEDURE. TRUE AND ACCURATE COPIES OF the ABOVE LETTER WRIT OF MANDAMUS AND LETTERS. AND ARE INCORPORATED BY REFERENCES HEREIN FOR ALL PURPOSES.    (2.)

3.03. To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the application for writ of habeas corpus, any answers filed, and and a certificate reciting the date upon which that finding was made to the court of criminal of appeals.

3.04. As a clerk from the Relator's letters, Relator has repeadedly put Respondent on notice that Relator seeks the transmittal of a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the court of criminal appeals and that such records are required by the court of criminal appeals. To act on Relator's writ of habeas corpus. Relator has gone well beyond any requirements or obligations imposed upon herein by the Texas code of criminal procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas code of criminal procedure, Article 11.07, Section 3 (c); is acting in bad faith and has failed to afford Relator the professional and ~~eorn~~ conerous courtess, of any written response to his correspondence and requests.

3.05. Article 11.07 Section 3 (c) clearly states that "[i]f the convicting court decides that there are no such issues, the clerk shall ~~immediately~~ immediately transmit F-98-32221-N-H to the court of criminal appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the court to act within the allowed 20 days shall constitute such a finding." to the Texas code of criminal procedure Article 11.07, Section 3 (c). Respondent is in violation of this procedure ministerial duties, and thus the laws of this State of Texas.

(3.)

WHEREFORE PREMISES CONSIDERED, RELATOR John DAMON KRUPA, PRO SE, RESPECTFULLY REQUEST A Finding that the Respondent did Not transmit documents to the court of CRIMINAL APPEALS within A REASONABLE time AFTER the date they WERE REQUESTED, And that RELATOR brought Litigation in good faith And has SUBSTANTIALLY PREVAILED. RELATOR PRAYS FOR AN ORDER directing Respondent to transmit COPY of the APPLICATION FOR WRIT of HABEAS CORPUS, ANY ANSWERS Filed, And A certificate reciting the date UPON, which that Finding WAS made to the COURT of CRIMINAL APPEALS AS directed in ARTICLE 11.07, SECTION 3(C). of the TEXAS Code of CRIMINAL PROCEDURE AND ANSWER ALL RELATOR'S LETTERS:

BY John DAMON KRUPA
RELATOR

John Damon Krupa 8-15-15

OFFENDER DECLARATION

I John DAMON KRUPA-T.D.C.J.-#1082952, Being PRESENTLY INCARCERATED in T.D.C.J.-ID BOYD UNIT DECLARE UNDER PENALITY OF PERJURY that According to my belief the foregoing STATEMENTS ARE TRUE And CORRECT:
SIGNED ON the DAY; AUGUST 15TH, 2015; John D. Krupa
PETITIONER

(4.)

CAUSE NUMBER
_____

JOHN DAMON KRUPA                    S     IN THE 195th Judicial
T.D.C.J.-ID RELATOR #1082952         S
              VS.                   S     DISTRICT COURT OF
                                    S
GARY FITZSIMMONS                    S     DALLAS COUNTY TEXAS
    District CLERK                   S

## ORDER

ON THIS DAY CAME TO BE HEARD THE FOREGOING RELATORS APPLICANTION WRIT OF MANDAMUS AND APPEARS to the Court that the SAME should BE _____ GRANTED:

IT IS THEREFORE ORDERED THAT, THE DISTRICT CLERK SHOULD IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICANTION OF WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON, WHEN IT WAS TRANSMITTED WAS MADE:

SIGNED ON THIS THE ____ DAY OF ____, 2015:


_____
PRESIDING JUDGE: